IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:19-CR-084 |
| Plaintiff | : | |
| v. | : | INFORMATION |
| CARMEN DYER, | : | 18 U.S.C. § 111 |
| | : | 18 U.S.C. § 1382 |
| Defendant | : | 18 U.S.C. §§ 7 & 13 |
| | : | O.R.C. § 2921.331(A) |
| | : | O.R.C. § 2917.11(A)(5) |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(18 U.S.C. § 111)

On or about March 19, 2019, in the Southern District of Ohio, on Wright Patterson Air Force Base, the Defendant, **CARMEN DYER**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in §1114 of Title 18 of the United States Code while that person, an individual with the initials "S.P.," was engaged in and on account of the performance of official duties.

In violation of 18 U.S.C. § 111.

### COUNT 2

(18 U.S.C. § 1382)

On or about March 19, 2019, in the Southern District of Ohio, within the jurisdiction of the United States, the Defendant, **CARMEN DYER**, did go upon Wright-Patterson Air Force Base, a military installation, for a purpose prohibited by law and lawful regulation.

In violation of 18 U.S.C. § 1382.

## COUNT 3

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A))

On or about March 19, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **CARMEN DYER**, did fail to comply with a lawful order and direction of a police officer invested with authority to direct, control, and regulate traffic.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2921.331(A).

## COUNT 4

(18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(5))

On or about March 19, 2019, at Wright-Patterson Air Force Base, in the Southern District of Ohio, within the special maritime and territorial jurisdiction of the United States, on land acquired for the use of the United States and under the exclusive or concurrent jurisdiction thereof, the Defendant, **CARMEN DYER**, while in the presence of a law enforcement officer, and after reasonable warning and request to desist, did recklessly cause inconvenience, annoyance, and alarm to another by creating a condition that was physically offensive to persons and that presented a risk of physical harm to persons or property, by an act that served no lawful and reasonable purpose of the offender.

In violation of 18 U.S.C. §§ 7 & 13 and O.R.C. § 2917.11(A)(5).

BENJAMIN C. GLASSMAN
United States Attorney

*[signature]*
JULIENNE MCCAMMON
Special Assistant United States Attorney